

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00305-CV

Style:      Bacon Tomsons, LTd., BRL Oil and Gas, L.L.C. and Ferrell Edwin

     Munson v. Chrisjo Energy, Inc., Jack M. Cline

Date motions filed[*]:      December 4, 2015

Type of motions:      Appellants' Unopposed Motion to Supplement the Clerk's Record

Parties filing motion:      Appellants' new counsel

Document to be filed:      Third Supplemental Clerk's Record

Ordered that motions are:
- ☐ Granted; if document is to be filed, document due:
- ☒ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☒ Other: _____

After the clerk's record was properly filed in this Court on May 5, 2015, the appellees filed a letter-request in the trial court to supplement the clerk's record on July 22, 2015, and the appellants did so for a second supplemental clerk's record on September 8, 2015. Both appellees' and appellants' requests to supplement the clerk's record were properly made to the district clerk. Appellants, represented by new counsel, have again requested that the record be supplemented. However, that request was filed in this appellate court. Thus, although appellants' motion is unopposed, their motion to supplement the clerk's record is **denied** because any requests to supplement the clerk's record should be made directly to the district clerk, not to this Court. *See* TEX. R. APP. 34.5(c)(1) ("If a relevant item has been omitted from the clerk's record, . . . any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.").

Judge's signature: /s/ Evelyn V. Keyes
           ☒ Acting individually     ☐ Acting for the Court

Date: December 22, 2015